UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM MITCHELL,<br><br>                          Petitioner,<br><br>    v.<br><br>WARDEN, Federal Detention Center SeaTac,<br><br>                          Respondent. | Case No. C24-1640-RAJ-SKV<br><br>ORDER FOR SERVICE AND<br>RETURN, § 2241 PETITION |

Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241. Dkt. 4. This Court, having reviewed the petition, hereby ORDERS as follows:

    (1)    The Clerk shall arrange for service upon the Warden of the Federal Detention Center at SeaTac, Washington, upon the United States Attorney General in Washington, D.C., and upon the civil process clerk at the Office of the United States Attorney for the Western District of Washington, of copies of the petition and of this Order, by registered or certified mail, return receipt requested.

    (2)    ***Within thirty (30) days after such service***, Respondent shall show cause why a writ of habeas corpus should not be granted by filing a return as provided in 28 U.S.C. § 2243. As a part of such return, Respondent shall submit a memorandum of authorities in support of his

ORDER FOR SERVICE AND
RETURN, § 2241 PETITION - 1

position and should state whether an evidentiary hearing is necessary. Respondent shall file the return with the Clerk of the Court and shall serve a copy upon Petitioner.

(3) The return will be treated in accordance with LCR 7(d)(4). Accordingly, on the face of the answer, Respondent shall note it for consideration no earlier than 28 days after filing. Petitioner may file and serve a response no later than 21 days after the answer is filed, and Respondent may file and serve a reply no later than 28 days after the answer is filed.

(4) The Clerk shall send copies of this Order to Petitioner and to the Honorable Richard A. Jones.

Dated this 24th day of October, 2024.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER FOR SERVICE AND
RETURN, § 2241 PETITION - 2