UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM MITCHELL,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>WARDEN, Federal Detention Center SeaTac,<br><br>　　　　　Respondent. | CASE NO. 2:24-cv-01640-RAJ-SKV<br><br>ORDER |

THIS MATTER comes before the Court on Petitioner William Mitchell ("Petitioner")'s Motion to Dismiss Petition. Dkt. # 39. Respondent Warden, Federal Detention Center SeaTac, filed a Response indicating non-opposition to the Motion. Dkt. # 40.

Petitioner filed a 28 U.S.C. § 2241 habeas petition on October 10, 2024. Dkt. # 4. The Honorable S. Kate Vaughan issued a Report and Recommendation ("the Report") in which she opined that the Court should dismiss the petition due to Petitioner's miscalculation of good conduct time credits and First Step Act time credits following his escape from a residential reentry center. Dkt. # 21. Petitioner filed Objections to the Report, along with an array of subsequent motions, including a Motion to Submit Written Interrogatories, a Motion for an Amended Report and Recommendation, a Motion to

ORDER - 1

Appoint Counsel, and a Motion for Leave to File a Supplemental Pleading. Dkt. ## 23, 26, 32, 33, 34. He now moves to dismiss his petition and all pending motions "so that the B.O.P. authorities at the Three Rivers Institution can complete an investigation into why the Petitioner lost more than two years [of good time credits] . . . ." Dkt. # 39 at 1. Petitioner also claims that he spoke to prison staff, and they "clearly see that there has been a serious mistake" in his sentence computation. *Id.* at 2.

The Court takes no position on the veracity of Petitioner's unverified statements regarding his good time credits at this time. However, it will grant his instant request to dismiss the petition without prejudice so he can gather more information for the Court to consider at a later date.

Accordingly, the Court **GRANTS** Petitioner's Motion to Dismiss Petition. Dkt. # 39. Petitioner's habeas petition is **DISMISSED WITHOUT PREJUDICE**. Dkt. # 4. The Clerk is instructed to **TERMINATE ALL PENDING MOTIONS** in this case. Dkt. ## 23, 26, 32, 33, 34.

Dated this 25th day of June, 2025.

The Honorable Richard A. Jones
United States District Judge

ORDER - 2